IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TREMANE WOOD,<br><br>              Petitioner,<br><br>vs.<br><br>CHRISTE QUICK,[*] Acting Warden,<br>Oklahoma State Penitentiary,<br><br>              Respondent. | Case No. **5:10-cv-829-HE** |

## NOTICE OF APPEARANCE

Notice is hereby given that Assistant Federal Public Defender Keith Hilzendeger is appearing as co-counsel for petitioner Tremane Wood in this matter. Assistant Federal Public Defender Amanda Bass remains lead counsel.

Respectfully submitted:    April 10, 2023.

                                                    JON M. SANDS
                                                    Federal Public Defender
                                                    District of Arizona

                                                    *s/Keith J. Hilzendeger*
                                                    KEITH J. HILZENDEGER #34888
                                                    Assistant Federal Public Defender
                                                    850 West Adams Street, Suite 201
                                                    Phoenix, Arizona 85007
                                                    (602) 382-2700
                                                    *Counsel for Petitioner Wood*

---

[*] Christe Quick is substituted as respondent warden for predecessor Randall Workman, pursuant to Fed. R. Civ. P. 25(d).