# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 25, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Tremane Wood
           v. Christe Quick, Warden
           No. 23-7066
           (Your No. 23-6134)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 21, 2024 and placed on the docket March 25, 2024 as No. 23-7066.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst