# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 13, 2024

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Tremane Wood
          v. Christe Quick, Warden
          No. 23-7465
          (Your No. 23-6129)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 9, 2024 and placed on the docket May 13, 2024 as No. 23-7465.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Rashonda Garner
                          Case Analyst