## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TREMANE WOOD, | ) |
|     Petitioner, | ) ) ) |
| vs. | ) NO. CIV-10-0829-HE ) ) |
| CHRISTE QUICK, Warden, Oklahoma State Penitentiary, | ) ) ) ) |
|     Respondent. | ) |

### ORDER

Petitioner Tremane Wood's motion for leave [Doc. #150] is **GRANTED**. Petitioner may file the document referenced in the motion *ex parte* and under seal.

**IT IS SO ORDERED**.

Dated this 19th day of August, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

1